LEGACY DEVELOPMENT, Respondent, v VICTOR LIBERATORE et al., Appellants. [891 NYS2d 301]—

1826

Present—
Scudder, P.J., Peradotto, Carni and Gorski, JJ.